UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MARIA CEMPA, et. al.,

        Plaintiffs,

   v.

SAXON MORTGAGE SERVICES, INC, et. al.,

        Defendants.

NO. CIV. S-09-2235 FCD EFB

ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS

----oo0oo----

    1.    The hearing on Defendant Mortgage Electronic Registration Systems, Inc., Saxon Mortgage Services, Inc, and Lime Financial Services, Ltd.'s Motion to Dismiss, or in the alternative, Motion for More Definite Statement (Docket #12), and Defendant Bank of America, N.A. and PRLAP, Inc.'s Motion to Dismiss (Docket #13) is continued to December 11, 2009, at 10:00 a.m.  Plaintiffs shall file and serve their opposition brief or notice of non-opposition no later than November 25, 2009.  The Defendants may file and serve their replies on or before December 4, 2009.

    2.    Plaintiffs' counsel is ordered to show cause why she should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motions in compliance with Local Rule 78-230(c).

    3.    Plaintiffs' counsel shall file her response to the order to show cause on or before November 25, 2009.

    4.    A hearing on the order to show cause, if necessary, will follow the hearing on the Motions.

IT IS SO ORDERED.

DATED: November 2, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE