UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MARIA CEMPA, et. al.,

        Plaintiffs,

    v.

SAXON MORTGAGE SERVICES, INC, et. al.,

        Defendants.

NO. CIV. S-09-2235 FCD EFB

ORDER TO SHOW CAUSE AND FOR SANCTIONS

----oo0oo----

    1.    The hearing on Defendants Saxon Mortgage Services, Inc., Lime Financial Services, LTD, and Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss, or in the alternative, Motion for a More Definite Statement, and Defendants Bank of America, N.A, and PRLAP, Inc.s Motion to Dismiss is continued to February 26, 2010, at 10:00 a.m.  Plaintiff shall file and serve its opposition brief or notice of non-opposition no later than February 12, 2010.  The Defendants may file and serve a reply on or before February 19, 2010.

    2.    Plaintiff's counsel, Ms. Sharon L. Lapin, is ordered to pay sanctions in the amount of **$150.00** for her failure to file a response to the Order to Show Cause filed on November 2, 2009, and her continual failure to file an opposition or notice of non-opposition to defendants' motions in compliance with Local Rule 78-230(c).  Payment should be in the form of a check made payable to the Clerk of the Court.  The sum is to be paid personally by plaintiff's counsel **not later than ten (10) days** from the filing of this Order for Sanctions.

    3.    Plaintiff's counsel shall file her response to this order to show cause on or before February 12, 2010.  If plaintiff's counsel fails to file a response, the Court will sanction counsel $500.00. Counsel is further cautioned that this case may be summarily dismissed if a response is not timely received.

    4.    A hearing on the order to show cause, if necessary, will follow the hearing on the Motions to Dismiss.

    IT IS SO ORDERED.

DATED: November 30, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE